IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Lawrence E. Rohatsch

Defendant.

Case No.: 8:19CB6

Violation No.: NE 14 6483666

**ORDER TO APPEAR**

You are ordered to appear for your next court hearing on _July 30_, 20 _19_ at _9_ a.m. in Courtroom No. 7 at the Roman L. Hruska Federal Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Failing to appear in court as directed may result in a warrant being issued for your arrest. You may be subject to an additional charge of Failure to Appear or a finding of Contempt of Court. Each of these may be punishable by a term of imprisonment, a fine or both.

Dated this _25_ day of _June_, 20_19_

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

Defendant hereby acknowledges receipt of this Order and promises to appear at the date and time above.

_6/25/19_
Date

_____
Defendant